In the Matter of DOROTHY J. BROWN, Respondent, against RAY L. LINDBLOOM, as Superintendent of Public Schools in Elmont, et al., Appellants.

Argued May 31, 1951; decided July 11, 1951.

*Harvey J. George* and *A. Holly Patterson* for appellants.
*Jawn A. Sandifer* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.